PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**

January 19, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ lad _____
                              DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE __Western__ DISTRICT OF TEXAS
## __Waco__ DIVISION

Timothy James Venhaus  #00731892
Plaintiff's Name and ID Number

Alfred D. Hughes Unit, TDCJ-CID
Place of Confinement

CASE NO. 6:24-cv-25
(Clerk will assign the number)

v.

Greg Abbott
Defendant's Name and Address

State Capitol, 1400 Congress Ave
Defendant's Name and Address

Austin, TX 78701 - 1932
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee."   *See* 28 U.S.C. § 1915. Thus, the court is required to  assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

   A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✗ NO

   B.  If your answer to "A" is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe  the additional lawsuits on another piece of paper, giving the same information.)

   1.  Approximate date of filing lawsuit: _____

   2.  Parties to previous lawsuit:
   Plaintiff(s) _____
   Defendant(s) _____

   3.  Court: (If federal, name the district; if state, name the county.) _____

   4.  Cause number: _____

   5.  Name of judge to whom case was assigned: _____

   6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

   7.  Approximate date of disposition: _____

Rev. 05/15

II.    PLACE OF PRESENT CONFINEMENT: Alfred D. Hughes Unit, 3201 FM 929, Gatesville, Texas    76528

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    X YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Timothy James Venhaus, TDCJ-CID No. 00731892, 3201 FM 929, Gatesville, TX 76528

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Greg Abbot, Governor of the State of Texas, State Capitol 1400 Congress Ave, Austin, TX 78701-1932, PO Box 12428, Austin TX 78711

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

As the person in charge of the Executive Branch of government, his failure to address deficiencies in TDCJ staffing for years has created a chronic shortage of staff.

Defendant #2: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #3: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Rev. 05/15

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Greg Abbott, Governor of Texas, has refused to address chronic shortages of staff in TDCJ in any manner to include calling a special session of Congress to address these staff deficiencies. On the Hughes Unit between 2020 and 2023, there has been a severe shortage of staff. This shortage of staff prevents me from gaining access to my cell to avoid the toxic smoke and violence that are pervasive in the dayrooms. Additionally, this staff shortage leads to increased drug use and violence, a total ban on recreation, and the inability of staff to create a safe, rehabilitative atmosphere.

VI.    RELIEF:

State briefly exactly what you want the court to do for you.    Make no legal arguments.  Cite no cases or statutes.

Utilize the parole process to reduce the prison population and consolidate staff at remaining units. Order the US DOJ to inspect TDCJ facilities for constitutional violations.

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Timothy James Venhaus

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ-CID # 00731892

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____

2.  Case number: _____

3.  Approximate date sanctions were imposed: _____

4.  Have the sanctions been lifted or otherwise satisfied?                    ____YES ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?        ____ YES ____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1.  Court that issued warning (if federal, give the district and division): _____

    2.  Case number: _____

    3.  Approximate date warning was issued: _____

Executed on: <u>Jan 5, 2024</u>
         DATE

                              _____

                              *Timothy Venhaus*
                                (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

    1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

    2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

    3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

    4.  I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

    5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____<u>5th</u>_____ day of ____<u>January</u>____, 20 <u>24</u> .
               (Day)                      (month)          (year)

                              _____

                              *Timothy Venhaus*
                                (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

                                                                  Rev. 05/15

3B-44B

# Texas Department of Criminal Justice

# STEP 2
## INMATE
## GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2023053602

UGI Recd Date: MAY 3 1 202_

HQ Recd Date: JUN 1 4 2023

Date Due: 7-10-23

Grievance Code: 814

Investigator ID#: I1364

Extension Date: AUG 1 9 2023

Date Retd to Inmate: _____

Inmate Name: Venhaus, Timothy     TDCJ # 00731892

Unit: AH     Housing Assignment: 3 B 39 B

Unit where incident occurred: AH

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be specific). *I am dissatisfied with the response to Step 1 because...*

Grievance # 2023053602

... TDCJ staff cannot state honestly that the safety and security of the inmate population are of the "upmost importance in daily operations." If safety and/or security were truly of the upmost importance, staff would conduct regular security/wellness checks however, staff often only show up for count and to allow prisoners out of cell for chow. Staff is only concerned with making a paycheck; none of you care one bit about inmates' welfare. To officers, I am a slave, chattel, a mule, less than human. You want me to work but you won't feed me a decent meal or allow me access to my cage. If inmate safety was a concern, Spurlock couldn't have killed his cellmate. If inmate safety was a concern, I wouldn't have to smell smoke every day and have trouble breathing because of it. You intentionally violate policy each and every day. I honestly don't care one bit about dayroom or recreation. You make me work in your garment factory while officers sit at the desk doing nothing to ensure inmate safety. Stop the lies, the fake

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     **(OVER)**

news, the mistreatment of people. No matter what you've been told or might believe I am a human being. How can you be so hypocritical to require me to follow rules and policy about things as small as a clothesline while you allow inmates to be murdered in the cell because you don't want to do any work? You only care about staff and staff safety.

Inmate Signature: _Timothy Venhaus_    Date: _May 28, 2023_

**Grievance Response:**

Your Step 2 grievance has been investigated by this office. One issue per grievance will be addressed. You were appropriately advised at the Step 1 level. Ingress and egress are conducted per policy as security issues permit. This will continue to be monitored. No further action is warranted by this office.

Signature Authority: _J. Back_    Date: AUG 1 7 2023

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 6. Inappropriate. *

CGO Staff Signature:_____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | CGO Initials:_____ |
| Date UGI Recd:_____ _____ | |
| Date CGO Recd:_____ | |
| (check one)____ Screened ___ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Inmate:_____ | |
| 2nd Submission | CGO Initials:_____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one)____ Screened ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Inmate:_____ | |
| 3rd Submission | CGO Initials: |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one)____ Screened ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Inmate:_____ | |

I-128 Back (Revised 8/2022)



**Robert Venhaus**
3407 Craigo Ave
EL Paso, TX  79904-1005





PLACE STICKER AT TOP OF ENV
OF THE RETURN ADDRESS, FO
**CERTIFIED**

7022 2410 0000

RECEIVED

JAN 19 2024

CLERK U S DISTRICT COU
WESTERN DISTRICT OF T
BY _____ DEPUTY





Retail



76701

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
EL PASO, TX 79904
JAN 16, 2024

**$6.18**

R2305H129006-2

United States District Court
Western District, Waco Division
800 Franklin Ave, Rm 380
Waco, TX      76701