

**A True Copy**
**Certified order issued Aug 27, 2024**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 27, 2024
Lyle W. Cayce
Clerk

No. 24-50406

───────────────────

TIMOTHY JAMES VENHAUS,

*Plaintiff—Appellant*,

*versus*

GREG ABBOTT; BOBBY LUMPKIN, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*; BRYAN COLLIER; PATRICK O'DANIEL,

*Defendants—Appellees*.

───────────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:24-CV-25

───────────────────

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of August 27, 2024, for want of prosecution. The Appellant failed to timely pay the fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

August 27, 2024

Mr. Philip Devlin
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 24-50406   Venhaus v. Abbott
                         USDC No. 6:24-CV-25

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Lisa E. Ferrara*
By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

cc w/encl:
    Mr. Timothy James Venhaus